UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRAYTON C. BALLOT,<br><br>Defendant. | NO. **CR25-012** JHC<br><br>**ORDER CONTINUING CONDITIONS OF RELEASE** |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that conditions of release be continued as previously set.

DATED this 29th day of January, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING CONDITIONS OF RELEASE - 1
*United States v. Ballot*
USAO No. 2025R00052

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970