UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR25-012-JHC |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO ARRAIGN WITHOUT PRESENCE |
| TRAYTON CHAZ BALLOT, | |
| Defendant. | |

THE COURT has considered Trayton Ballot's unopposed motion for an arraignment hearing without his presence or, in the alternative, by video teleconference, Dkt. # 19, along with the records in this case.

THE COURT ORDERS that the arraignment shall be conducted without Mr. Ballot's appearance, pursuant to Federal Rule of Criminal Procedure 10(b). Mr. Ballot affirmed by waiver that he received a copy of the indictment, pleads not guilty, and wishes for the arraignment to proceed without his appearance.

DONE this 31st day of January 2025.

                                                JOHN H. CHUN
                                              UNITED STATES DISTRICT JUDGE

ORDER
(*United States v. Ballot*, No. CR25-012-JHC) - 1