UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRAYTON CHAZ BALLOT,<br><br>Defendant. | No. CR25-012-JHC<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered Trayton Ballot's unopposed motion to extend the pretrial motions deadline, Dkt. # 27, along with the records in this case.

THE COURT ORDERS that any pretrial motions are due by March 10, 2025.

DONE this 28th day of February, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE