UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TRAYTON CHAZ BALLOT,<br><br>　　　　　　Defendant. | No. CR25-012-JHC<br><br>ORDER CONTINUING TRIAL |

Before the Court is Defendant's Motion to Continue Trial and Extend Pretrial Motions Deadline, the Government's response, and the Defendant's reply. Dkt. # 32, 34, 35. For the reasons presented by Defendant, the Court finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

(b) a failure to grant such a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(c) the additional time requested is a reasonable period of delay as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses;

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A);

(e) the time requested between the current trial date and the new trial date is needed to provide counsel the reasonable time necessary to prepare for trial considering counsel's schedule and all the facts set forth above; and

(f) the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS ORDERED that the trial date shall be continued to September 8, 2025. The new pretrial motions deadline is July 28, 2025. The Government may move for a later trial date if it maintains that there are issues as to witness availability. *See* Dkt. # 34 at 3.

DATED this 20th day of May, 2025.

The Honorable John H. Chun
United States District Judge