UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR25-012-JHC |
| Plaintiff, | |
| v. | ORDER TO APPEAR AT PRETRIAL CONFERENCE BY VIDEO |
| TRAYTON CHAZ BALLOT, | |
| Defendant. | |

THE COURT has considered Trayton Ballot's motion to appear at the pretrial conference scheduled for August 25, 2025, by video or phone, Dkt. # 46, along with the records in this case, including the Government's response, and Mr. Ballot's reply.

THE COURT ORDERS that Mr. Ballot be allowed to appear at the pretrial conference by video.

DONE this 21st day of August 2025

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER TO APPEAR AT PRETRIAL
CONFERENCE BY VIDEO OR PHONE
(*United States v. Ballot*, No. CR25-012-JHC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100