UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR25-012-JHC |
| Plaintiff, | |
| v. | ORDER TO MODIFY BRIEFING SCHEDULE FOR MOTION (DKT. 42) |
| TRAYTON CHAZ BALLOT, | |
| Defendant. | |

THE COURT has considered the parties' stipulated motion to modify the briefing schedule for the pending motion to admit evidence filed at Dkt. # 42.  Dkt. # 48.  The Court GRANTS the motion.

IT IS ORDERED that Trayton Ballot's response to the motion is due by August 25, 2025, and the government's reply is due by August 27, 2025. The motion remains noted for August 27, 2025.

DATED this 21st day of August 2025.

*[signature: John H. Chun]*

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE