UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>TRAYTON BALLOT,<br><br>Defendant. | NO. CR25-012 JHC<br><br>**ORDER TO SEAL** |

The Court, having reviewed the record in this matter, finds a compelling reason to seal Exhibit A to the United States' Motion to Admit Evidence Under Federal Rules of Evidence 413 and 404, due to the sensitive and identify material contained therein.

Accordingly, the Court GRANTS the Motion to Seal at Dkt. # 43 and orders Exhibit A to remain sealed.

IT IS SO ORDERED.

DATED this 27th day of August, 2025.

*/s/ John H. Chun*
JOHN H. CHUN
United States District Judge

Order to Seal - 1
*United States v. Ballot,* CR25-012 JHC