1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

TRAYTON BALLOT,

Defendant.

NO. CR25-012 JHC

ORDER GRANTING UNITED STATES'
MOTIONS IN LIMINE

THE COURT has considered the United States' motions in limine seeking to (1)
exclude mention of potential penalties if convicted, (2) exclude reference to MV1 and
MV2's sexual history, and (3) exclude witnesses from the courtroom prior to testimony,
with the exception of the United States' case agent.  Dkt. # 73.  With respect to the third
motion, the Court has considered the Defense Motions in Limine, part III.  Dkt. # 75 at 3-
4.  The Court believes that the motion has merit and thus GRANTS it.

1    IT IS HEREBY ORDERED that the parties are precluded from mentioning any

2  penalties Ballot may face if convicted and from referencing MV1's or MV2's sexual

3  history.

4

5    IT IS FURTHER ORDERED that all potential witnesses shall be excluded from

6  the courtroom until they are called to testify, except for those permitted under Fed.

7  R. Evid. 615, including the United States' designated case agent, without limitation on

8  witness order.

9    DONE this 4th day of September, 2025

10

11

12    _____
     JOHN H. CHUN

13    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27