UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRAYTON BALLOT,<br><br>Defendant. | NO. CR25-012 JHC<br><br>ORDER RE: DEFENSE MOTIONS IN LIMINE |

Before the Court are the Defense Motions in Limine. Dkt. # 75. The Court has considered the materials filed in support of and in response to the motions, the rest of the file, and the governing law. Being fully advised, Court rules as follows:

**1.    Demonstration.**

GRANTED.

**2.    MV1's Prior Statements.**

DENIED. The statements qualify as excited utterances.

**3.    Case Agent.**

DENIED.

//

Order re: Defense Motions in Limine - 1
*United States v. Ballot* / CR25-012 JHC

1   **4.   MV2**

2   DENIED. *See* Dkt. # 80 (order on Government's Motion to Admit Evidence 413 and
3   404).

4   DATED this 4th day of September, 2025

```
                                    _____
                                    JOHN H. CHUN
                                    UNITED STATES DISTRICT JUDGE
```