UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRAYTON CHAZ BALLOT,<br><br>Defendant. | NO. CR25-012 JHC<br><br>ORDER |

This matter comes before the Court on certain requests made by Defendant in his trial brief. Dkt. # 76. The Government responded to these requests in their its filing at Dkt. # 79. The Court has considered the requests, the response, the rest of the file, and the governing law. Being fully advised, the Court rules as follows:

**I.     Voir Dire.**

GRANTED.

**II.    Jury Instructions.**

A. DENIED.

B. GRANTED

C. DENIED.

Order - 1
*United States v. Ballot* / CR25-012 JHC

**III.    Evidentiary Issues.**

        C.  DENIED.  This ruling does not prohibit the defense from using the term "alleged" as requested.

        D.  DENIED.

DATED this 5th day of September, 2025

                                            JOHN H. CHUN
                                            UNITED STATES DISTRICT JUDGE

Order - 2
*United States v. Ballot* / CR25-012 JHC