UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

TRAYTON BALLOT,

Defendant.

NO. CR25-012 JHC

ORDER TO AMEND JUDGMENT

THE COURT, having considered the stipulated motion of the parties requesting entry of an Amended Judgment and Restitution Order (Dkt. # 144), finds the requested relief appropriate in this case.

IT IS ORDERED that the Amended Judgment shall be entered.

IT IS FURTHER ORDERED that enforcement of the Restitution Order shall be stayed until the appeal mandate is entered by the Ninth Circuit in case number 26-704. Upon the entry of the appeal mandate, the stay will lift without further action needed by the Court or Parties.

//

//

//

Order to Amend Judgment - 1
*United States v. Ballot*, CR25-012 JHC

IT IS FURTHER ORDERED that the United States is entitled to a judgment lien for the full restitution amount.

DATED this 18th day of May, 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Order to Amend Judgment - 2
*United States v. Ballot*, CR25-012 JHC